**Order filed November 14, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00870-CV
———————

**ZELENI GRISSMORE, Appellant**

**V.**

**TARGET CORPORATION, Appellee**

---

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 12-CV-1424**

---

## O R D E R

The notice of appeal in this case was filed October 2, 2013. The clerk's record was filed October 24, 2013. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **December 2, 2013**. *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM